**Rothschild FRANCIS, Appellant, v. George Washington WILLIAMS, Judge, etc., Appellee.**

Circuit Court of Appeals, Third Circuit. December 13, 1926.

No. 3489.

See, also, 11 F.(2d) 860.

PER CURIAM. Upon consideration of the motion on behalf of appellee to dismiss this appeal and the rule thereon upon appellant to show cause why the appeal should not be dismissed, returnable the first Monday of December, 1926, and the case being called on that day, to wit, Monday, December 6, 1926, and there being no appearance on behalf of appellant, it is ordered that the appeal in the above-entitled cause be and the same is hereby dismissed.

---

**Andrew W. MELLON, as Successor, etc., Plaintiff in Error, v. H. A. HOPKINS & CO.**

Circuit Court of Appeals, Eighth Circuit. March 25, 1927.

No. 7481.

In Error to the District Court of the United States for the District of Minnesota.

Richard L. Kennedy and G. F. Dames, both of St. Paul, Minn., for plaintiff in error.

G. H. Smith and Charles Burke Elliott, both of Minneapolis, Minn., for defendant in error.

PER CURIAM. Writ of error dismissed, each party paying its own costs, per stipulation of parties.

---

**MEXIA PLANING MILL CO., Appellant, v. H. RICKMAN et al.**

Circuit Court of Appeals, Eighth Circuit. May 2, 1927.

No. 7730.

Appeal from the District Court of the United States for the Northern District of Oklahoma.

C. B. Stuart, of Oklahoma City, Okl., and Charles A. Coakley and E. J. Doerner, both of Tulsa, Okl., for appellees.

Jesse R. Stone, of Houston, Tex., for appellant.

PER CURIAM. Appeal dismissed, with costs, on motion of appellee.

---

**D. E. MONTAIGNE, Plaintiff in Error, v. UNITED STATES.**

Circuit Court of Appeals, Eighth Circuit. February 18, 1927.

No. 7636.

In Error to the District Court of the United States for the District of Utah.

F. W. James and John D. Rice, both of Salt Lake City, Utah, for plaintiff in error.

Charles M. Morris, U. S. Atty., of Salt Lake City, Utah.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of defendant in error, because writ was not sued out in time under Act Feb. 13, 1925 (43 Stat. 936).

---

**NATIONAL MARKING MACHINE CO., Appellant, v. TRIUMPH MANUFACTURING CO. et al.**

Circuit Court of Appeals, Eighth Circuit. May 13, 1927.

No. 7791.

Appeal from the District Court of the United States for the Western District of Missouri.

See, also, 13 F.(2d) 6.

Ralph Orwig, of Des Moines, Iowa, for appellant.

Henry S. Conrad, of Kansas City, Mo., for appellees.

PER CURIAM. Appeal dismissed, at costs of appellant, per stipulation of parties.